**UNITED STATES DISTRICT COURT**  **EASTERN DISTRICT OF TEXAS**

CHESTER FINNEY, §
§
       Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:19-CV-159
§
LEBLANC UNIT, §
§
       Defendant. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Chester Finney, proceeding *pro se*, filed this civil rights lawsuit. The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court.

Plaintiff has filed a motion seeking a temporary restraining order. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be denied.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions set forth in the Report are correct and the Report of the magistrate judge is **ADOPTED**. The motion for temporary restraining order is **DENIED**.

SIGNED at Beaumont, Texas, this 9th day of January, 2020.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE