| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

CHESTER FINNEY, SR., §
§
    Plaintiff, §
§
*versus* §  CIVIL ACTION NO. 1:19-CV-159
§
BRYAN COLLIER, *et al.*, §
§
    Defendants. §

## ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Plaintiff Chester Finney, Sr., proceeding *pro se*, filed this civil rights lawsuit. The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion to dismiss filed by Defendants Bryan Collier and Michael Metcalf be granted. To date, the parties have not filed objections to the report.

    The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

    Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#46) is **ADOPTED**. The motion to dismiss (#39) is **GRANTED**. A final judgment shall be entered dismissing this lawsuit.

    SIGNED at Beaumont, Texas, this 10th day of February, 2023.

                                             MARCIA A. CRONE
                                UNITED STATES DISTRICT JUDGE